UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JAN 1 0 2023
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. |
| SIERRA HUNT, | ) 1:23-cr-0003 TWP-MJD |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
18 U.S.C. § 2113(a)
Bank Robbery

On or about April 9, 2022, within the Southern District of Indiana, SIERRA HUNT, a defendant herein, did by force and violence or by intimidation, take from the person and presence of another approximately $6,500.00 of United States currency belonging to or in the care of, custody, control, management, and possession of a bank, to wit: Chase Bank located at 6910 West 38th Street, Indianapolis, Indiana, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

All of which is a violation of Title 18, United States Code, Section 2113(a).

### COUNT 2
18 U.S.C. § 2113(a)
Bank Robbery

On or about April 11, 2022, within the Southern District of Indiana, SIERRA HUNT, a defendant herein, did by force and violence or by intimidation, take from the person and presence of another approximately $7,255.00 of United States currency belonging to or in the

care of, custody, control, management, and possession of a bank, to wit: Chase Bank located at 2302 Cunningham Road, Indianapolis, Indiana, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

All of which is a violation of Title 18, United States Code, Section 2113(a).

## COUNT 3
## 18 U.S.C. § 2113(a)
## Bank Robbery

On or about April 13, 2022, within the Southern District of Indiana, SIERRA HUNT, a defendant herein, did by force and violence or by intimidation, take from the person and presence of another approximately $3,000.00 of United States currency belonging to or in the care of, custody, control, management, and possession of a bank, to wit: Chase Bank located at 8751 Michigan Road, Indianapolis, Indiana, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

All of which is a violation of Title 18, United States Code, Section 2113(a).

## COUNT 4
## 18 U.S.C. § 2113(a)
## Bank Robbery

On or about April 15, 2022, within the Southern District of Indiana, SIERRA HUNT, a defendant herein, did by force and violence or by intimidation, take from the person and presence of another approximately $9,900.00 of United States currency belonging to or in the care of, custody, control, management, and possession of a bank, to wit: Chase Bank located at 3721 South East Street, Indianapolis, Indiana, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

All of which is a violation of Title 18, United States Code, Section 2113(a).

## FORFEITURE

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. The property subject to forfeiture includes, but is not necessarily limited to, the following:

    a. $7,843.00 in United States Currency.

3. The United States shall be entitled to forfeiture of substitute property pursuant to, and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property described above in paragraph 1, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

A TRUE BILL:

ZACHARY A. MYERS
United States Attorney

By: _____
Jeremy Fugate
Assistant United States Attorney
mpb