UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:23-cr-3-TWP-MJD |
| | ) | |
| SIERRA HUNT, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR JANUARY 31, 2023**
**HONORABLE MARIO GARCIA, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the Indictment filed on January 10, 2023. Defendant appeared in person and by FCD counsel, Dominic Martin. Government represented by AUSA, Jeremy Fugate. USPO represented by Megan Stevens.

Financial affidavit approved. Counsel appointed.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before February 14, 2023.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

Defendant waived formal arraignment and reading of the indictment on the record.

The defendant was brought before the Court on a Writ of Habeas Corpus Ad Prosequendum. [Dkt. No. 12] Parties were instructed to bring the issue of pretrial detention/release to the attention of the Court if the issue becomes ripe.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date: 2/1/2023

                                                    Mario Garcia
                                                    United States Magistrate Judge
                                                    Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system